# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR563** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **FABIAN AGUILAR MARTINEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion filed by defense counsel to withdraw (Filing No. 103).

This case is on appeal, and the motion must be addressed to the Eighth Circuit Court of Appeals. Therefore, the motion is denied.

IT IS ORDERED that the motion filed by defense counsel to withdraw (Filing No. 103) is denied.

Dated this 11th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge