IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR563 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| FABIAN AGUILAR MARTINEZ, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to alter or amend the Court's Memorandum and Order and Judgment issued with respect to his motion filed pursuant to 28 U.S.C. § 2255 (Filing No. 132).

IT IS ORDERED that the Defendant's motion to alter or amend the Court's Memorandum and Order and Judgment issued with respect to his motion filed pursuant to 28 U.S.C. § 2255 (Filing No. 132) is denied.

DATED this 26th day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge